UNITED STATES of America, Plaintiff–Appellee,

v.

Pedro CALIXTO–MORAN, a.k.a. Chino, Defendant–Appellant.

No. 13–12554
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Feb. 11, 2014.

Peter J. Sholl, Anita M. Cream, Donald L. Hansen, Robert E. O'Neill, U.S. Attor-

ney's Office, Tampa, FL, for Plaintiff-Appellee.

Stephen Vincent Iglesias, Law Office of Stephen V. Iglesias, Tampa, FL, for Defendant-Appellant.

Before HULL, MARCUS and HILL, Circuit Judges.

PER CURIAM:

Stephen V. Iglesias, appointed counsel for Pedro Calixto-Moran, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion is **GRANTED,** and Calixto-Moran's conviction and sentence are **AFFIRMED.**